UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of June, two thousand twenty-five,

Lindsay Lieberman,

    Plaintiff-Counter-Defendant-Appellant,

v.

C.A. Goldberg, PLLC, Carrie A. Goldberg,

    Defendants-Counter-Claimants-Appellees.

**ORDER**
Docket No. 25-1436

Counsel for Appellant Lindsay Lieberman has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 17, 2025, as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before September 17, 2025. The appeal is dismissed effective September 17, 2025, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court